UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-04699-JLS-PVC | Date: July 14, 2026
Title: Amanullah Shinwari v. Kristi Noem et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

Plaintiff Amanullah Shinwari filed the complaint in this action on May 23, 2025. (Doc. 1.) Following multiple stipulations to extend the time to file an answer and to stay the case (Doc. 12; Doc. 14; Doc. 15; Doc. 16; Doc. 17; Doc. 18; Doc. 19), and one unopposed *ex parte* application to extend the time to file an answer (Doc. 20; Doc. 21), Defendants' answer was due on April 11, 2026. To date, Defendants have not filed an answer, and Plaintiff has failed to take any action. The Court therefore ORDERS Plaintiff to show cause, in writing, within **five (5) days** of the issuance of this Order, why this action should not be dismissed for failure to prosecute. Failure to timely respond will result in the immediate dismissal of this action.

Initials of Deputy Clerk: kd